## GRAY v. SCHNEIDER.

(Circuit Court, S. D. New York. November 8, 1902.)

1. INSPECTION OF DOCUMENTS BEFORE TRIAL—RIGHT TO RELIEF.

Rev. St. U. S. § 724 [U. S. Comp. St. 1901, p. 583], provides that in the trial of actions at law the federal courts may, on motion and notice, require the parties to produce books or writings in their possession or power, containing evidence pertinent to the issue, in cases and under circumstances where they might be compelled to produce the same by the ordinary rules of chancery. *Held,* that a party litigant had the right to compel production and inspection of books before trial at law, especially where a bill of discovery had shown that books existed which contained the entries sought to be proved.

2. SAME—NATURE OF ORDER.

An order for the inspection by a party litigant, before trial at law, of books which contain entries with which he has no concern, and which he ought not to see, will be conditioned to require the deposit of the books in the clerk's office, and to provide for the attendance of a representative of the opposite party, the relevancy of contested entries to be determined in the first instance by the clerk, with summary application for review thereof to the judge at chambers.

Motion to Compel Production and Allow Inspection of Books before Trial at Law. Rev. St. U. S. § 724 [U. S. Comp. St. 1901, p. 583].

Carlisle Norwood, for the motion.

Frayer, Smith, White & Seaman, opposed.

LACOMBE, Circuit Judge. The practice in the past has been somewhat unsettled, but the exhaustive opinion in Victor G. Bloede Co. v. Joseph Bancroft & Sons Co. (C. C.) 98 Fed. 175, shows that the weight of authority is in favor of the relief prayed for, especially where a bill of discovery has elicited the information that books exist which contain the entries defendant seeks to prove. Indeed, since the act of 1892 the Code practice is also available. The books may contain other entries with which he has no concern, and which he ought not to see. The order, therefore, while requiring their deposit in the clerk's office, will provide for the attendance of some representative of the plaintiff while defendant is conducting his examination. As to entries which plaintiff may contend are not relevant, and should not be disclosed, the same shall be inspected in the first instance by the clerk; and, if the parties or either of them are not satisfied with his decision thereon, application to review it may be made summarily to any judge of this court in chambers.